**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENISE JUMP,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendant. | Case No. 5:22-cv-01812-SSS-SHKx<br><br>(Honorable Sunshine Suzanne Sykes)<br><br>**JUDGMENT IN A CIVIL CASE (ERISA)**<br><br>Complaint Filed:   10/14/22 |

# **JUDGMENT**

The parties to this action filed cross-motions for judgment as a matter of law. The Court took the motions and related opposition briefs under submission without a hearing. On December 6, 2024, the Court issued its Order Granting Defendant's Motion for Judgment as a Matter of Law and Denying Plaintiff's Motion for Judgment as a Matter of Law. [ECF 44] Accordingly, judgment is hereby entered in favor of Defendant Unum Life Insurance Company of America and against Plaintiff Denise Jump.

Dated: January 6, 2025

_____
HON. SUNSHINE SUZANNE SYKES
United States District Court Judge

1

JUDGMENT IN A CIVIL CASE
-(Pickel, Valerie)